SLR:CSK
F. #2002R00742
dimminofof.wpd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

MORRIS DIMMINO,

         Defendant.

- - - - - - - - - - - - - - - -X

FINAL ORDER OF
FORFEITURE

CR 02-457 (S-3)
(Trager, J.)
(Azrack, M.J.)

WHEREAS, on April 21, 2004, this Court so ordered a Preliminary Order of Forfeiture, in the amount of $800,000.00 and filed as part of the judgment entered against the defendant at the time of sentencing by this Court on June 30, 2004; and

WHEREAS, legal notice of publication of the Preliminary Order of Forfeiture was made in the *New York Post*, a daily newspaper of general circulation in the Eastern District of New York, on September 7, 2004; September 13, 2004; and September 20, 2004, no third party has filed with the Court any petition in connection with this matter and the time to do so under 21 U.S.C. § 853(n)(2) has long expired.

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Pursuant to Fed. R. Crim. P. 32.2(c)(2), the Preliminary Order of Forfeiture previously entered by this Court is hereby made a Final Order of Forfeiture.

2. The sum of $ 800,000.00 is hereby forfeited to the United States pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853.

3. The United States Marshals Service for the Eastern District of New York is hereby directed to dispose of the forfeited funds in accordance with all applicable laws and rules.

4. The Clerk of Court shall forward four certified copies of this order to Assistant United States Attorney Claire S. Kedeshian, U.S. Attorney's Office, One Pierrepont Plaza, 16th Floor, Brooklyn, New York 11201.

Brooklyn, New York
Dated: April 21, 2005         SO ORDERED:

                              s/Nicholas G. Garaufis
                              HONORABLE ~~DAVID G. TRAGER~~ NICHOLAS G. GARAUFIS
                              UNITED STATES DISTRICT JUDGE

Criminal Action No. 02-457(S-3)

UNITED STATES DISTRICT COURT
Eastern District of New York

UNITED STATES OF AMERICA,

- against -

MORRIS DIMMINO,

Defendant.

FINAL ORDER OF FORFEITURE

ROSLYNN R. MAUSKOPF
United States Attorney,
Attorney for United States of America
Office and Post Office Address,
United States Courthouse
One Pierrepont Plaza
Brooklyn, New York 11201

Due service of a copy of the within _____
_____ is hereby admitted.

Dated: _____, 20____

Attorney for United States of America
CLAIRE KEDESHIAN, AUSA
(718) 254-6051

---

SIR:

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the UNITED STATES DISTRICT COURT U.S. Courthouse, 225 Cadman Plaza East, **EASTERN DISTRICT OF NEW YORK**

Brooklyn, New York, on the _____ day of _____ 20____, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York, _____, 20____

United States Attorney,
Attorney for _____

To:
Attorney for _____

SIR:

PLEASE TAKE NOTICE that the within is a true copy of _____ duly entered herein on the _____ day of _____, in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York _____, 20____

United States Attorney,
Attorney for _____

To:
Attorney for _____